

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Sergio Juarez Vildosis <br> Defendant. | 17 - MJ - 2727 <br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//
//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 11-2-17

*Patrick J. Walsh*

―――――――――――――――――――――
~~JOHN E. MCDERMOTT~~
UNITED STATES MAGISTRATE JUDGE